1  LISA C. GILINGER LAW OFFICES
   LISA GILINGER
2  635 N. Alisos Street
   Santa Barbara, California 93103-2557
3  Telephone Number: 805-568-5370
   Fax number: 805-568-5149
4  E-mail: lisa@lisagilinger.com
5  Attorney for Plaintiff

6  NICOLA T. HANNA
   United States Attorney
7  DAVID HARRIS
   Assistant United States Attorney
8  Chief, Civil Division
   CEDINA M. KIM
9  Assistant United States Attorney
   Senior Trial Attorney, Civil Division
10 AMANDA SCHAPEL
11 Special Assistant United States Attorney
        Social Security Administration
12      160 Spear Street, Suite 800
        San Francisco, California 94105
13      Telephone: (415) 977-8983
        Facsimile: (415) 744-0134
14      E-Mail: Amanda.Schapel@ssa.gov
15 Attorneys for Defendant

16              UNITED STATES DISTRICT COURT,
17            CENTRAL DISTRICT OF CALIFORNIA

18 SANDRA ROMERO,                No. CV 18-3982 RAO
         Plaintiff,
19 vs.                           [Proposed] AWARD OF EAJA FEES
20 ANDREW SAUL, [1]

21 ─────────────────

22 [1]     Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). *See* 42 U.S.C. § 405(g) (action

23

Commissioner of Social Security,

    Defendant.

"Based upon the parties' Stipulation for Award of EAJA Fees, IT IS ORDERED that fees and expenses in the amount of $3,800.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $0 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation."

DATE: July 26, 2019

*Rozella A. Oliver*
_____
HON. ROZELLA A. OLIVER
United States Magistrate Judge

---

survives regardless of any change in the person occupying the office of Commissioner of Social Security).